

**2**

ROBERT L. BUCHLER
Attorney at Law
1024 J Street, Ste 425
Modesto CA 95354
(209) 576-8404
FAX 576-7503
State BAR No 103413
Attorney for Debtor(s)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA ||
|---|---|
| In re:<br>Donald Bryce Koch<br>Karen Marie Koch<br><br>Debtor(s) | Case No.: 10-92641 |
| | **ORDER CONFIRMING PLAN** |

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:
1. The debtor(s) shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the debtor(s)'s address;
2. The debtor(s) shall immediately notify the Trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtor(s) shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)'s attorney in the full amount of $3,500.00 are approved, $1,825.00 of which was paid prior to the filing of the petition. The balance of $1,675.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the Trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

**IT IS FURTHER ORDERED** That the debtors' motion to value collateral is granted. The debtors' residence is valued at $250,000.00 as of the date of filing the petition. It is encumbered by a first deed of trust held by Bank of America Home Loans. The first deed of trust secures a loan with a balance of approximately $299,157.00 as of the petition date. Therefore, GMAC Mortgage LLC's claim

RECEIVED
October 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002993131

secured by a junior deed of trust is completely under-collateralized. No portion of GMAC Mortgage LLC's claim secured by a junior deed of trust will be allowed as a secured claim

Approved by the Chapter 13
Trustee as to form.

_____
Russell D. Greer, Trustee

Dated: October 13, 2010

Dated:__

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court